NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**1-A CONSTRUCTION & FIRE, LLP,**
*Appellant*

v.

**DEPARTMENT OF AGRICULTURE,**
*Appellee*

---

2015-1623

---

Appeal from the Civilian Board of Contract Appeals in No. CBCA 2693, Administrative Judge Harold D. Lester, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of 1-A Construction & Fire's unopposed motion for an extension of time, until December 15, 2015, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

2         1-A CONSTRUCTION & FIRE, LLP v. DEPARTMENT OF AGRICULTURE

                                      FOR THE COURT

                                      <u>/s/ Daniel E. O'Toole</u>
                                      Daniel E. O'Toole
                                      Clerk of Court

s25